IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 1:25-CR-38 |
| v. | § | |
| | § | |
| | § | |
| DAVID DRAKE | § | |

**ORDER**

The court previously appointed Mr. Brian Roberts to serve as stand-by counsel for the Defendant, David Drake, who is proceeding *pro se* in his defense.[1] This matter is set for a Final Pretrial Conference on March 16, 2026, before United States District Judge Marcia Crone. Mr. Roberts is a respected attorney and member of the CJA "A Panel" for the Beaumont Division of the Eastern District of Texas, however, he resides and maintains his practice in Houston. In light of the possibility that this case will proceed to trial, the court concludes that appointing *local* standby counsel will reduce the practical difficulties associated with having counsel located in another city.

Accordingly, it is ORDERED that Mr. Langston Adams is substituted as Defendant's standby counsel. Mr. Roberts is directed to provide the Defendant, or newly appointed counsel, with any relevant materials from his file and is relieved of any further obligations in this case.

SIGNED this 12th day of December, 2025.

_____
Zack Hawthorn
United States Magistrate Judge

---

[1] The Defendant voluntarily waived his right to counsel after the court conducted a Faretta hearing. *See Faretta v. California*, 422 U.S. 806, 835 (1975) ("Before granting the [defendant's request to proceed pro se], the trial judge must caution the defendant about the dangers of such a course of action so that the record will establish that "he knows what he is doing and his choice is made with eyes open."); *United States v. Martin*, 790 F.2d 1215, 1218 (5th Cir. 1986).

1