IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 1:25-CR-38 |
| | § | Judge Marcia A. Crone |
| DAVID DRAKE, aka | § | |
| RILEY GRAHAM, ET AL | § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States hereby designates the following Assistant United States Attorney as Co-Counsel in this case and respectfully requests that the same be noted by the Clerk of the Court and that Christopher R. Jackson be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ Christopher Ryan Jackson*
Christopher Ryan Jackson
Assistant U. S. Attorney
Eastern District of Texas
Texas Bar No. 24078722
550 Fannin, Suite 1250
Beaumont, Texas 77701
(409) 839-2538 – office
(409) 981-7928 – direct
Christopher.jackson4@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by ECF notification to counsel of record for defendants on this the 18th day of December, 2025.

*/s/ Christopher Ryan Jackson*
Christopher Ryan Jackson
ASSISTANT U.S. ATTORNEY