FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 06 2026

BY
DEPUTY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA
v.
TROI GRAHAM, Defendant

Case No. 1:25-cr-00038-MAC-ZJH-5

**DEFENDANT'S LIMITED PRO SE MOTION
TO REQUEST DISCOVERY, A BILL OF PARTICULARS,
AND TO PRESERVE RIGHTS REGARDING VENUE AND JURISDICTION**

**INTRODUCTION**
Defendant Troi Graham respectfully submits this limited pro se motion at this early stage of the proceedings for the sole purpose of preserving constitutional rights and creating a clear record. Defendant is represented by counsel and is not seeking to replace counsel. This motion is submitted in good faith and with respect for the Court.

**REQUEST FOR ACCESS TO FULL DISCOVERY**
Defendant respectfully requests that the Court ensure Defendant has access to full discovery, including all materials produced by the government to defense counsel, so that Defendant may meaningfully understand the allegations and assist in the preparation of the defense.

**REQUEST FOR BILL OF PARTICULARS**
**(Fed. R. Crim. P. 7(f))**
Defendant respectfully requests that the government be directed to provide a **written Bill of Particulars** identifying with specificity: The acts allegedly committed by Defendant; The dates and locations of those acts; and The factual basis connecting Defendant to venue in the Eastern District of Texas. This request is made so Defendant may clearly understand the charges, avoid surprise, and evaluate any future pretrial motions. Defendant does not seek to rely on oral explanations in lieu of a written filing.

**REQUEST FOR GRAND JURY MINUTES / TRANSCRIPTS**
**(Fed. R. Crim. P. 6(e))**
Defendant respectfully requests disclosure of **grand jury minutes and transcripts relevant to venue and jurisdiction**, or, in the alternative, a written ruling of the Court addressing the request. This request is narrowly tailored and made solely to allow Defendant to review whether venue and jurisdiction were properly established. Defendant respectfully requests that this issue be addressed through written materials or written rulings, not oral representations, for purposes of preserving the record.

**RESERVATION OF RIGHTS — VENUE AND JURISDICTION**
Defendant expressly reserves all rights to challenge venue and jurisdiction at a later date after receipt

of discovery and particularized information. Defendant is not requesting dismissal or other dispositive relief at this time. This reservation is made solely to prevent waiver and preserve the appellate record.

**CONCLUSION**
Defendant respectfully requests that the Court ensure access to full discovery, direct the government to provide a written Bill of Particulars, address the request for grand jury materials through written disclosure or written ruling, and recognize Defendant's reservation of venue and jurisdiction rights.

Respectfully submitted,

**Troi Graham**
Defendant, Pro Se (Limited Purpose)
Date: 1/6/26

3829 Roosevelt
Dearborn MI 48124