AO 442 (Rev. 11/11) Arrest Warrant

11817982

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Troi Graham<br><br>*Defendant* | )<br>)  Case No.  1:25cr38-5<br>)<br>)<br>)  8:59 pm Jun 05, 2025<br>)  **RECEIVED**<br>)  **EASTERN DISTRICT OF TEXAS** |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Troi Graham            ,
who is accused of an offense or violation based on the following document filed with the court:

SEALED
☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count One - 18 USC § 1349 - Conspiracy to Commit Bank Fraud and Wire Fraud
Counts Two, Three, Four, Five and Six - 18 USC § 1344 - Bank Fraud
Counts Fourteen and Fifteen - 18 USC § 1343 - Wire Fraud

Date:    06/04/2025

_David A. O'Toole_
*Issuing officer's signature*

City and state:    Beaumont, Texas

David A. O'Toole - Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 06/05/2025, and the person was arrested on *(date)* 11/14/2025
at *(city and state)*    Beaumont, TX            .

Date:  01/06/2026

**FILED**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

JAN - 7 2026

*Arresting officer's signature*

Nicholas Roter DUSM
*Printed name and title*

BY
DEPUTY_____