IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>TROI GRAHAM (5),<br><br>Defendant. | No.1:25-CR-00038-MAC |

**ORDER DENYING *PRO SE* MOTION**

Pending is the Defendant, Troi Graham's, *Pro Se Motion to Substitute Counsel and to Extend Time to File Pretrial Motions* (Dkt. #98). The Defendant requests new counsel because discovery has not been provided and she has been unable to review the evidence. The undersigned recently entered a new Protective Order (Dkt. #102) that governs the exchange of discovery and ensures the protection of all Personally Identifiable Information (PII). Accordingly, the Defendant's *Pro Se Motion to Substitute Counsel and Extend Time to File Pretrial Motions* (Dkt. #98) is DENIED as PREMATURE, subject to reassertion.

SIGNED this 29th day of January, 2026.

Zack Hawthorn
United States Magistrate Judge