UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA,        ) Case No: 1:25-CR-0038
v.                               ) Hon. Judge Crone-Hawthorn
Riley Graham                     )

Declaration of Fraud on the Court and
The defendant's Request to the Court Not to Bring
Him to Court to Review Fraudulent Discovery.

Declaration under title 28 U.S.C. 1746.

I, Riley Graham, pursuant to title 28, U.S.C. 1746, do hereby state the following:

1. On June 4, 2025, I was Indicted by a federal Grand Jury sitting in the United States District Court for the Eastern District of Texas in Indictment 1:25-CR-0038.

2. That Indictment does not contain a single federal offense and the Court is without jurisdiction for trial or to punish the defendant for any of the fabricated offenses therein.

3. Instead of wasting my time reviewing fraudulent discovery, for bogus prosecution, I chose to stay in solitary confinement here at FCI Beaumont and send motions to the Court, fully exposing the Government mechanism and expose the Associated Attorneys, while pursuing my immediate release.

4. With that said, I ask that this declaration be simultaneously treated as a request not to come to court to waste my time viewing frivolous discovery of some guy and his wife's bills.

5. So I know that MDFT nor any of its authorized staff has ever visited any of the institutions, defrauded GM or SM or a financial institution and refuse to allow the discovery of any more of the Government's lies, shift the burden to me to disprove, something that never occurred.

6. I know that neither GM or SM were a partner of MDFT and will expose that, after I expose to the world, Congress and the Courts, the Government's false imprisonment mechanism, how long it has used this mechanism, how it has destroyed the lower courts case law, and how the Genocide has made the U.S. Treasury, the largest money launderer in the world.

7. I intend to get my motions and evidence in this court within 10 days.

I swear, under penalty of perjury, that the foregoing is true and correct.

Signed this 3rd day of February 2026.

By: _____
Lily Conlon
FCI Beaumont
P.O. Box 26040
77720

## Certificate of Service

I certify that a true copy of this document was served by mail to the following counsel of record and the United States Attorney on February 3, 2026 at:

1. Reynaldo P. Morin
Assistant United States Attorney
Eastern District of Texas
550 Fannin St., Ste 1250
Beaumont, Texas 77701

2. Attorney Courtney Ann Vincent
Vincent Law PLLC
1035 Dairy Ashford
Suite # 145
Houston, Texas 77079

3. Attorney Ryan Withington Gertz
Gertz Adair Law Firm
Beaumont, Texas 77701

2630 Liberty
Mickey Gerbe
FCI Beaumont

Dear Clerk,

Please file the enclosed in the above case.

Thank you

Riley Graham

Riley Graham #54862028
Federal Correctional Institution Beaumont
P.O. Box 26040
Beaumont Texas 77720



Legal
mail

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 06 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk of the Court
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2412